**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Gerardo Sanchez-Acuna

Petitioner,

v.

Warden of Sherburne County Jail, ICE officials

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01264-PAM-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petition for a writ of habeas corpus of Petitioner Gerardo Sanchez-Acuna (Docket No. 1) is **DENIED**.

2. This matter is **DISMISSED**.

Date: 2/19/2026

KATE M. FOGARTY, CLERK